UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORINNE MARY RIGONI,

       Plaintiff,                                No. 23-11482

v.                                         Honorable Nancy G. Edmunds

ERRON MORTON,

       Defendant.

_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

      Plaintiff Corinne Mary Rigoni brings this civil rights lawsuit against Defendant Erron Morton under 42 U.S.C. § 1983. Plaintiff's complaint also includes several state law claims under Michigan common law. Because the parties in this matter are non-diverse, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), all of the state law claims in Plaintiff's complaint, including those in Counts VI, VII, VIII, and IX, are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal constitutional claims only.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: July 17, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2023, by electronic and/or ordinary mail.

                                                <u>s/Lisa Bartlett</u>
                                                Case Manager